**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

vs.                             4:97CR00062-01-BRW

**RICKY LYNN BLOOMFIELD**

**ORDER**

Pending is the Petition for Summons for Offender Under Supervision (Doc. No. 20). The Clerk's office is directed to issue a summons for the defendant, Ricky Lynn Bloomfield, and a Hearing on the Motion is set for **Friday, November 18, 2016, at 2:00 PM.**, **before the Honorable Billy Roy Wilson, Richard Sheppard Arnold United States Courthouse, 600 West Capitol**, **Courtroom #A401**, Little Rock, Arkansas. The Court appoints, Lisa Peters, and the Federal Public Defender's Office as counsel. The Clerk is directed to update the docket sheet.

IT IS SO ORDERED this 31st day of October, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE